**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**SHELIA O'BANNER**                                                        **PLAINTIFF**

**V.**                                                        **CAUSE NO. 3:16-CV-00347-CWR-LRA**

**METROPOLITAN LIFE INSURANCE**                                **DEFENDANT**
**COMPANY**

## FINAL JUDGMENT

In accordance with the Order entered by the Court this date, it is ordered and adjudged

that defendant's motion for summary judgement—upholding defendant's monthly deduction

from and ultimate termination of plaintiff's long-term disability benefits—is granted. Docket No.

9. This case is closed.

**SO ORDERED AND ADJUDGED** this the 13th day of March, 2017.

s/ Carlton W. Reeves_____
UNITED STATES DISTRICT JUDGE